United States District Court
Middle District of Florida
Tampa - Civil Division

Adam Goldman,
    Plaintiff,

v.

Grady Judd,
SGT Crandall,
SGT Doe,
Deputy Hodges,
Deputy Miller,
Captain Galloway,
SGT Pittman,
Counselor Morgan,
    Defendants

Case No: 8:22 cv 788 MSS - AAS

SWORN

EMERGENCY

CIVIL RIGHTS COMPLAINT
(with request for emergency prelim. injunction)

3. SGT DOE
   Kitchen Sergeant - Polk Co. Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

4. Deputy Hodges
   Housing Unit Officer - Polk Co. Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

5. Deputy Miller
   Housing Unit Officer - Polk Co. Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

6. Captain Galloway
   Captain - Polk Co. Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

A. Plaintiff:

1. Adam Goldman, #2142703
   Polk County Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

B. Defendants: (Being sued in personal & official capacities)

1. Grady Judd
   Sheriff - Polk County
   1891 Jim Keene Blvd.
   Winter Haven, Fl. 33880

2. SGT Crandall
   Kitchen Sergeant - Polk Co. Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

7. SGT Pittman
   Kitchen Sergeant - Polk Co. Jail
   2390 Bob Phillips Rd.
   Bartow, Fl. 33830

8. Counselor Morgan
   Counselor - Polk Co. Jail
   2390 Bob Phillips Rd
   Bartow, Fl. 33830

C. Statement of facts:

1) My name is Adam Goldman, I am a Jew and a pretrial detainee having not been sentenced yet, being held at the Polk County Jail which is ran by Sheriff Grady Judd, Captain Galloway, and others;

2) I was approved for "kosher" diet by Counselor Morgan after my Rabbi (Rabbi Mockin) and Aleph Institute had contacted Counselor Morgan and confirmed that I am Jewish, and that I actively pursue judaism.

3) Starting Monday, March 19th, 2022, SGT Crandall, SGT Doe, & SGT Pittman, who are all Kitchen Supervisors (hereafter, collectively, the "kitchen supervisors") began serving 200 calorie, non-kosher Hormel brand "compleat" snacks three times per day because they ran out of Meal Mart brand Kosher meals and bought a bulk order of the aforesaid Hormel non-kosher snacks;

4) I instantly called my Rabbi (Rabbi Mockin) at phone number 514-557-7771 and informed him and Aleph that the kitchen supervisors were serving the jews at the jail non-kosher meals, and Rabbi Mockin looked up

the Hormel "Compleat" brand and confirmed it is "not kosher" and he informed me he would contact counselor morgan which he did on March 21, 2022, and informed them of the kosher requirements based on Judaic Law;

5) I had refused to eat the aforesaid non-kosher meals and officer/Deputy Hodges stated "I don't give a fuck stupid Jew, I'll throw your food on the floor," and instead of logging and recording the refusals he gives the meals to other inmates, one of whom was Kieth Dozier, # 2136613;

6) On March 21, 2022, I informed Deputy Hodges that the meal was not "kosher" and he said "fuck you ya fucking Jew, starve for all I care" and gave my meal to another inmate;

7) Upon information I believe Deputy Hodges is using METH and out of his mind, going crazy, and unfit for duty, weighing over 400 lbs.

8) I informed Deputy Miller that the meal was not kosher on March 22, 2022, and he said "I don't give a fuck, starve then you stupid fucking Jew," and gave my meal to another inmate.

9) I have instituted numerous grievances complaining of being deprived of my religious kosher meals for 4 days now, and that the meals altogether amount to only 660 calories per day though the jail is by law minimally required to provide at least 1800 calories per day, and neither Captain Galloway and Kitchen Supervisors care, not responding to the grievances at all;

10) A small fruit cup is provided with the meals which I had been eating daily but is insufficient.

11) Kitchen supervisors stated they do not care that I am Jewish and said they "hate stupid fucking jews," and I was told they are "spitting" in the "fruit," so I stopped eating it.

12) Me and Charles Levin are both Jews in the same dorm, and he is over 60 years old and has not eaten anything at all, in protest, and the officers/Deputies call him a "stupid fucking jew" and tell him they "don't care if he starves."

13) I am indigent and cannot order commisary, and even if I could there are not any kosher items to eat.

14) I have been feeling ill, put in medical request and medical grievances and medical responded: "not a medical issue" and has completely denied me medical care despite my malnutrition now for over 4 days. I am starving and dizzy, fainted and hit my head twice, and already suffering from a car accident in which I broke my back, neck, ribs, arm, wrist, and hand, but am forced to climb up and down a top bunk that none of the bunks have ladders or anything to climb them with, putting me at serious risk of paralyzation or death, as I was close to being paralyzed in the car accident.

15) The Defendants altogether are Racist and discriminatory toward "Jews," and are targeting me and other Jews for filing grievances and complaining about the meals.

16) The kitchen supervisors informed me and Mr. Levin that they received a new order of kosher meals from meal mart but that they would not serve them to us until we ate all the non-kosher hormel snacks, forcing us to choose between our religion or theirs.

17) Captain Galloway and Grady Judd have failed to train, supervise, and discipline Defendants kitchen supervisors and deputy Miller and Hodges, causing them to become deliberately indifferent by letting them act with impugnity, as Deputy Hodges and Miller both told me they "can do whatever" they "want" because they "know too much" and "will never be fired" because if they were ever to be fired they would

"blow the whistle on all the cover-ups" they've seen and been a part of at this jail. Miller told me that they could have us killed and "fucked up" (assaulted by other inmates) by simply saying and spreading rumor we are "snitches," and that the Deputies can "fuck up whoever we want," that they'll "make the evidence disappear."

18) Sheriff Grady Judd has failed to train, supervise, and discipline kitchen supervisors and provides no competent dietician or do not adhere to dietician recommendations, resulting in the aforesaid deliberate indifferences to my health and safety.

19) I am unable to provide copies, but I have saved and enclosed the Hormel meal cardboard wrappers as EXHIBIT "A" to evidence they are not marked "Kosher" and lack sufficient calories. A single one and one half ounce bag of cheetos provides more calories than EX. "A" meals do.

20) If this Court does not step in and order preliminary injunction, I will starve to death or fall and seriously injure myself by passing out because I am weak, dizzy, and malnourished. I feel and look like I've lost 15 pounds in the past 5 days, and Mr. Levin is "barely hanging on," and as shown by Mr. Joshua Shaw's affidavit attached hereto and incorporated by reference herein as EXHIBIT "B," even he is seriously ill due to poor medical care and kitchen supervisors not providing him a proper renal diet, and he is on the verge of dying from kidney failure (PKD) (EX. "B").

21) I informed my Rabbi and Aleph Institute that I would be filing this complaint and they informed me they are trying to help by informing counselor Morgan who has not responded.

22) Defendants altogether are deliberately indifferent to my religion and beliefs and serious dietary and medical needs, and their aforesaid acts & omissions constitute cruel & unusual punishment though I have not been sentenced yet, and they do so because Grady Judd has by custom created an unwritten "hands off" policy by failing to train, discipline, and supervise them.

Relief sought:

1. Preliminary and Emergency Injunction and Declaratory relief, to wit:

a) Preliminary injunction ordering the Defendants to provide medical care and the kosher meals which they have stated they have in stock (but refuse to serve until we consume all the non-kosher hormel snacks)

b) Declaratory relief stating that the Defendants acts and omissions violate my rights to exercise my Jewish religion, to be free from cruel and unusual punishment, and the 5th, 6th and 8th and 14th Amendments to the U.S. Constitution

c) exercise supplemental jurisdiction over state law claims.

d) treat this complaint as an emergency and forgive failure to provide copies and forgive failure to write this on the court form because I have written and requested the forms but have not obtained them, because the jail won't give the 1983 forms to us when the court mails them to us. (EX. "B")

## AFFIDAVIT

I swear under penalties of perjury that the aforesaid is true and correct, to the best of my information, knowledge and belief.

SWORN & SUBSCRIBED TO before me:

*Thomas Morgan*
NOTARY



Dated: 3-30-22

By *[signature]*
Adam Goldman
# 2142703
Polk County Jail
2390 Bob Phillips Rd
Bartow, Fl. 33830